```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MICHAEL STOKES,                         :      22cv4710(DLC)
                                        :
                        Plaintiff,      :      ORDER
            -v-                         :
                                        :
PADDLESNYC, INC.,                       :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on September 15, 2022, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendant on or before **October 14, 2022** by certified overnight mail.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **November 18, 2022 at 12:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York NY 10007.  Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         September 26, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge