**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL STOKES,

               Plaintiff,

        -against-

PADDLESNYC, INC.,

               Defendant..

Case No. 1:22-cv-04710-DLC

## ~~[PROPOSED]~~ DEFAULT JUDGMENT

    **WHEREAS,** this matter came before the Court on Plaintiff Michael Stokes' ("Plaintiff") application for entry of a default judgment against Defendant PaddlesNYC, Inc. ("*Defendant*" or "*Paddles*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

    **WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $50,000 in statutory damages for copyright infringement, $6565.00 in attorneys' fees, and $457.00 in costs plus interest.

    **WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application on *Nov 18, 2022*, and Defendant failed to appear.

    **THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

    **FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $~~50,000~~ *$10,000* in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $6565.00 in attorneys' fees and $457.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); it is

**FURTHER ORDERED,** that Defendant shall *pay* post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).


Dated:  _November 18, 2022_                                      **SO ORDERED.**


                                                          _____
                                                          Hon. Denise L. Cote
                                                          United States District Judge